**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Henry Eduardo Gordillo Lopez**
    Petitioner

CIVIL ACTION

    V.

NO. **1:26-cv-11196-RGS**

**Moniz et al**
    Respondents

**ORDER OF DISMISSAL**

Stearns, D. J.

    In accordance with the Court's Order entered March 30, 2026 [Doc. No. 9] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

    By the Court,

3/30/2026           /s/ Jacqueline Martin
   Date             Deputy Clerk